THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Hosea Chaplin, III, Appellant.
 
 
 

Appeal From Jasper County
 Jackson V. Gregory, Circuit Court Judge

Unpublished Opinion No. 2007-UP-376
 Submitted September 1, 2007  Filed
 September 18, 2007    

APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor I. McDuffie Stone, III, of Beaufort, for Respondent.
 
 
 

PER CURIAM: 
 Hosea Chaplin, III (Appellant) pled guilty to second-degree burglary, carjacking,
 assault and battery of a high and aggravated nature (ABHAN), and failure to
 stop for a blue light.  He was sentenced to concurrent prison terms of fifteen
 years for second-degree burglary, fifteen years for carjacking, ten years for
 ABHAN, and three years for failure to stop.  
On appeal, counsel for Appellant has filed a final brief along
 with a petition to be relieved as counsel.  Appellant has not filed a pro se response.  After a thorough review of the record pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition
 to be relieved.          
APPEAL DISMISSED.[1]
HEARN,
 C.J., and HUFF and KITTREDGE, JJ., concur. 

[1]  This case is decided without oral argument pursuant
to Rule 215, SCACR.